**WO**

1
2
3
4
5

6            **IN THE UNITED STATES DISTRICT COURT**

7              **FOR THE DISTRICT OF ARIZONA**

8

9   Jamond A. Toles,                  )   No. CV 10-2186-PHX-RCB (LOA)
                                      )
10              Plaintiff,            )   **ORDER FOR PAYMENT**
                                      )
11  vs.                               )   **OF INMATE FILING FEE**
                                      )
12                                    )
    Vincent Cole, et al.,             )
13                                    )
                Defendants.           )
14                                    )
                                      )
15

16  **TO: MARICOPA COUNTY SHERIFF JOSEPH M. ARPAIO**

17          Plaintiff Jamond A. Toles, inmate #P645239, who is confined in the Fourth Avenue

18  Jail, must pay the statutory filing fee of $350.00.  Plaintiff must first pay an initial partial

19  filing fee of $15.33.  Thereafter, Plaintiff must incrementally pay the balance of the fee in

20  monthly payments of 20% of the preceding month's income credited to Plaintiff's trust

21  account.  The Maricopa County Sheriff or his designee must collect and forward these

22  payments to the Clerk of Court each time the amount in the account exceeds $10.00.

23  **IT IS ORDERED:**

24          (1)     The Maricopa County Sheriff or his designee must collect and forward to the

25  Clerk of Court the initial partial filing fee of $15.33.  The balance of the $350.00 filing fee

26  must be collected from Plaintiff's trust account in monthly payments of 20% of the preceding

27  month's income credited to the account.  Payments must be forwarded to the Clerk of Court

28

each time the amount in the account exceeds $10.00.  The payments must be clearly identified by the name and number assigned to this action.

(2)    The Maricopa County Sheriff or his designee must notify the Clerk of Court in writing when Plaintiff is released or transferred to a correctional institution other than the Maricopa County Jail, so new billing arrangements may be made to collect any outstanding balance.

(3)    The Clerk of Court must serve by mail a copy of this Order on Maricopa County Sheriff's Office Inmate Legal Services, 201 S. Fourth Avenue, Phoenix, Arizona, 85003.

(4)    The Clerk of Court must forward a copy of this Order to Financial Administration for the Phoenix Division of the U.S. District Court for the District of Arizona. Financial Administration must set up an account to receive payments on the filing fee for this action and must notify the Court when the filing fee is paid in full.

DATED this 28th day of October, 2010.

Robert C. Broomfield
Senior United States District Judge